IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado
corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado
corporation, and
JOHN DOES 1 through 10,

    Defendant.

---

Civil Case No. 07-cv-01749-JLK

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.

Plaintiff,

v.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado
corporation, and
JOHN DOES 1-10,

Defendants.

---

**ORDER CONSOLIDATING CASES**

**Blackburn, J.**

This matter is before me on the parties' **Stipulated Motion To Consolidate** [#18], filed September 18, 2007. The parties seek to consolidate the two above-captioned cases for pretrial purposes. The motion is granted.

Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact. Common questions of law and fact are predominant in the two above-captioned cases. Thus, consolidation is warranted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Consolidate** [#18], as filed in Civil Action No. 07-cv-01554-REB-CBS on September 18, 2007, is **GRANTED**;

2. That under FED. R. CIV. P. 42(a), and D.C.COLO.LCivR 42.1, Civil Action No. 07-cv-01749-JLK is **CONSOLIDATED** with Civil Action No. 07-cv-01554-REB-CBS;

3. That under D.C.COLO.LCivR 42.1, Civil Action No. 07-cv-01749-JLK shall be **REASSIGNED** to the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, and to the Honorable Craig B. Shaffer, United States Magistrate Judge for the District of Colorado; and

4. That these consolidated actions **SHALL** be captioned as shown at the top of this order, except that the case number for Civil Action No. 07-cv-01749-JLK shall be **AMENDED** to read Civil Action No. 07-cv-01749-REB-CBS.

Dated December 3, 2007, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**

.