IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC.,
d/b/a SILVERCOOL SERVICE CO.,
a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING,
an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO,
a Colorado corporation, and
JOHN DOES 1 through 10,

    Defendant.

---

Civil Action No. 07-cv-01749-REB-CBS

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.

    Plaintiff,

v.

ABBA BONDING, INC., d/b/a ABBA BONDING,
an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION
COMPANY OF COLORADO,
a Colorado corporation, and
JOHN DOES 1-10,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Withdraw Motion to Compel Deposition Attendance and Vacate Hearing Date (*doc. no. 39*) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Compel Deposition Attendance (*doc. no. 35*) is WITHDRAWN.

IT IS FURTHER ORDERED that the hearing set for July 21, 2008 is **VACATED**.

IT IS FURTHER ORDERED that the clerk of court shall serve a copy of this minute order upon counsel for non-party GSA at the following address:

> Ms. Leigh Ann Bunetta, Regional Counsel
> U.S. General Services Administration
> Denver Federal Center, Building 41, Room 200
> P.O. Box 25546
> Denver, CO  80225

**DATED:**     June 20, 2008