IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC.,
d/b/a SILVERCOOL SERVICE CO.,
a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING,
an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO,
a Colorado corporation, and
JOHN DOES 1 through 10,

    Defendant.

---

Civil Action No. 07-cv-01749-REB-CBS

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.

    Plaintiff,

v.

ABBA BONDING, INC., d/b/a ABBA BONDING,
an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION
COMPANY OF COLORADO,
a Colorado corporation, and
JOHN DOES 1-10,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Appear by Telephone for Settlement Conference [filed July 2, 2008; doc. 44] is **granted**. Defendants' counsel shall be present for the settlement conference, and defendant, Morris C. Sears, shall be available via telephone at all times during the conference.

**DATED:** July 3, 2008