# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES 1 through 10,

    Defendants.

---

Civil Action No. 07-cv-01749-REB

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.,

V.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES, 1-10,

    Defendants.

**MINUTE ORDER**[1]

    The matter comes before the court on **Plaintiff's Motion For Partial Summary Against Abba Bonding, Inc., Morris C. Sears and Joann Sears** [#58] and **Plaintiff's Memorandum Brief in Support of Motion To Dismiss Counterclaims of Abba Bonding, Inc., d/b/a Abba Bonding, Morris Sears and Joann Sears** [#59] both filed August 8, 2008. The motion and the brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: August 11, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.