## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES 1 through 10,

    Defendants.

---

Civil Action No. 07-cv-01749-REB

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.,

V.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES, 1-10,

    Defendants.

# MINUTE ORDER[1]

The matters before the court are the following motions:

1. Plaintiff's **Unopposed Motion For Extension of Time To File Motion For Partial summary Judgment Against Abba Bonding Inc., Morris C. Sears and Joann Sears and Amended Memorandum Brief in Support Thereof** [#61] filed August 11, 2008; and

2. Plaintiff's **Unopposed Motion To File Amended Motion For Partial Summary Judgment Against Abba Bonding, Inc., Morris C. Sears and Joann Sears and Memorandum of Authorities** [#63] filed August 12, 2008.

After reviewing the motions and the file, the court has concluded that both motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion For Extension of Time To File Motion For Partial summary Judgment Against Abba Bonding Inc., Morris C. Sears and Joann Sears and Amended Memorandum Brief in Support Thereof** [#61] filed August 11, 2008, is **GRANTED**;

2. That plaintiff's **Unopposed Motion To File Amended Motion For Partial Summary Judgment Against Abba Bonding, Inc., Morris C. Sears and Joann Sears and Memorandum of Authorities** [#63] filed August 12, 2008, is **GRANTED**; and

3. That **Plaintiff's Amended Motion For Partial Summary Judgment Against Abba Bonding, Inc., Morris C. Sears and Joann Sears and Memorandum of Authorities** [#64] is accepted as timely filed.

Dated: August 13, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.