**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

      Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado
corporation, and
JOHN DOES 1 through 10,

      Defendants.

---

Civil Action No. 07-cv-01749-REB

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.,

V.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado
corporation, and
JOHN DOES, 1-10,

      Defendants.

---

**ORDER OF DISMISSAL
AS TO CIVIL ACTION NO. 07-cv-01749-REB-CBS
UNITED STATES OF AMERICA for the use of LEI COMPANIES, INC. vs. ABBA
BONDING, INC., d/b/a ABBA BONDING, et al.**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulation For Dismissal With Prejudice**

[#84] filed October 24, 2008.  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that Civil Action No. 07-cv-01749-

REB-CBS, ***United States of America for the use of Lei Companies, INC. vs. Abba***

***Bonding, Inc., d/b/a Abba Bonding, et al.*** should be dismissed with prejudice.

       **THEREFORE, IT IS ORDERED** as follows:

       1.  That the **Stipulation For Dismissal With Prejudice** [#84] filed October 24, 2008,

is **APPROVED**; and

       2.  That Civil Action No. 07-cv-01749-REB-CBS, ***United States of America for the***

***use of Lei Companies, INC. vs. Abba Bonding, Inc., d/b/a Abba Bonding, et al.*** is

**DISMISSED WITH PREJUDICE**, and the case caption is amended accordingly.

       Dated October 27, 2008, at Denver, Colorado.

                           **BY THE COURT:**

                           **s/ Robert E. Blackburn**
                           **Robert E. Blackburn**
                           **United States District Judge**