# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.:  07-cv-01554-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   December 19, 2008 | Courtroom Deputy: Nel Steffens |

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of<br>JBLANCO ENTERPRISES INC.,<br>d/b/a SILVERCOOL SERVICE CO.,<br>a Colorado corporation,<br><br>    **Plaintiff,**<br><br>v.<br><br>ABBA BONDING, INC.<br>d/b/a ABBA BONDING,<br>an Alabama corporation,<br>MORRIS C. SEARS,<br>JOANN SEARS,<br>NEWSTROM-DAVIS CONSTRUCTION<br>COMPANY OF COLORADO,<br>a Colorado corporation, and<br>JOHN DOES 1 through 10,<br><br>    **Defendants.** | Jay Labe and John Friedberg<br><br><br><br><br><br><br><br><br>Theodore Watson, Kent Long, and Peter Ford |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      11:30 a.m.**
Court calls case.  Appearances of counsel.

Mr. Labe reviews findings and orders of Judge Blackburn in hearing immediately preceding this one.

**ORDERED:   1.     A hearing as to Plaintiff's Motion for Sanctions, #108, is set for February 2, 2009 at 10:30 a.m.**

**ORDERED: 2.** **Defendants' Unopposed Motion to Amend Defendants' Witness List and Parties' Exhibit List (#109, filed December 18, 2008) is DENIED as moot per ruling by Judge Blackburn today vacating the Final Pretrial Order.**

Discussion regarding motion for sanctions, #93.

Mr. Labe states that there is another case involving parties and poses possibility of consolidation.

**ORDERED: 3.** **Defense may depose Tami Grandquist, Lenee M. Koch, Todd S. Larson, Brandon Berumen, Robert W. Wiese, and Louis Sigman. Depositions are to be completed by February 6, 2009.**

**ORDERED: 4.** **Defendants' Motion for Sanctions for Plaintiff's Failure to Disclose Witnesses (#93, filed November 26, 2008) is DENIED as moot.**

HEARING CONCLUDED.

**Court in recess:** 12:07 p.m.
Total time in court: 00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.