# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01554-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   February 02, 2009 | Courtroom Deputy: Debra Brown |

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of<br>JBLANCO ENTERPRISES INC.,<br>d/b/a SILVERCOOL SERVICE CO.,<br>a Colorado corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>ABBA BONDING, INC.<br>d/b/a ABBA BONDING,<br>an Alabama corporation,<br>MORRIS C. SEARS,<br>JOANN SEARS,<br>NEWSTROM-DAVIS CONSTRUCTION<br>COMPANY OF COLORADO,<br>a Colorado corporation, and<br>JOHN DOES 1 through 10,<br><br>**Defendants.** | Jay Labe and John Freeberg<br><br><br><br><br><br><br><br><br>Theodore Watson, Kent Long |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**

**Court in Session: 11:02 a.m.**

Court calls case.  Appearances of counsel.

Court's opening remarks.

Plaintiff's "MOTION for Sanctions: [Document #108 filed December 18, 2008] at issue.
Statements by Jay Labe
Statement by Theodore Watson and Kent Long

**ORDERED:** Plaintiff's Oral Motion to Withdraw Dispositive Sanctions as to Newstrom-Davis Construction Company of Colorado is **GRANTED**. The Motion is still pending as to dispositive sanctions as to ABBA Bonding, Inc., Morris Sears, and Joann Sears.

Court's findings:

**ORDERED:** Plaintiff's "MOTION for Sanctions: [Document #108 filed December 18, 2008] is **TAKEN UNDER ADVISEMENT and a REPORT AND RECOMMENDATION will issue.**

**ORDERED:** Counsel for Defendant are granted leave of court to file additional briefing within twenty (20) days re: Rule 26(g) Sanctions; Counsel for Plaintiff shall have twenty (20) days after filing to reply.

HEARING CONCLUDED.

**Court in recess: 12:08 p.m.**
Total time in court: 01:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.