**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES 1 through 10,

    Defendants.

**ORDER DISMISSING DEFENDANT
NEWSTROM-DAVIS, ONLY**

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice As Between Plaintiff And Defendant Newstrom-Davis** [#146] filed June 12, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved, that the claims of plaintiff against defendant Newstrom-Davis Construction Company of Colorado should be dismissed with prejudice, and that the counterclaims of defendant Newstrom-Davis Construction Company of Colorado against plaintiff should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice as Between Plaintiff**

**And Defendant Newstrom-Davis** [#146] filed June 12, 2009, is **APPROVED**;

2.  That the claims of plaintiff against defendant Newstrom-Davis Construction Company of Colorado is **DISMISSED WITH PREJUDICE**;

3.  That the counterclaims of defendant Newstrom-Davis Construction Company of Colorado against plaintiff are **DISMISSED WITH PREJUDICE**;

4.  That as concerns the plaintiff and defendant Newstrom-Davis Construction Company of Colorado, the parties **SHALL PAY** their own attorney fees and costs; and

5.  That defendant Newstrom-Davis Construction Company of Colorado is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 15, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge