**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01554-REB-MJW

UNITED STATES OF AMERICA for the use of,
JBLANCO ENTERPRISES, INC. d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

     Plaintiff,

v.

ABBA BONDING, INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS, and
JOHN DOES 1 through 10.

     Defendants.

**ORDER OF ADMINISTRATIVE CLOSURE**

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Administrative Closure Pursuant To D.C.COLO.LCivR 41.2** [#147] filed June 12, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be administratively closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Administrative Closure Pursuant To D.C.COLO.LCivR 41.2** [#147] filed June 12, 2009, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated June 15, 2009, at Denver, Colorado.

                                                              BY THE COURT:

                                                              */s/ Robert E. Blackburn*
                                                              Robert E. Blackburn
                                                              United States District Judge