**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS, and
JOHN DOES 1 through 10,

    Defendants.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me on the plaintiff's **Unopposed Motion To Administratively Reopen Civil Action Pursuant to D.C. Colo. L. Civ. 41.2** [#152][1] filed September 21, 2009. I grant the motion.

Defendant Morris C. Sears d/b/a ABBA Bonding filed a proceeding under Chapter 11 of the United States Bankruptcy Code on March 5, 2009. As a result of the automatic stay imposed under 11 U.S.C. § 362, I closed this case administratively on June 15, 2009. As reported in the plaintiff's present motion, the United States Bankruptcy Court for the Southern District of Alabama has granted relief from the § 362 automatic stay to permit the above-captioned action to proceed.

---

[1] "[#152]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion To Administratively Reopen Civil Action Pursuant to D.C. Colo. L. Civ. 41.2** [#152] filed September 21, 2009, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

3. That within eleven (11) days of the date of this order, counsel shall contact the chambers of Magistrate Judge Shaffer to set a Final Pretrial Conference and a deadline for the submission of a proposed Final Pretrial Order for his consideration; and

4. That counsel are instructed to contact the court's administrative assistant, **Susan Schmitz, at (303) 335-2350** on **December 1, 2009, at 9:30 a.m.**, to schedule a Trial Preparation Conference and a trial.

Dated November 19, 2009, at Denver, Colorado.

                                                    **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge