IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC.,
d/b/a SILVERCOOL SERVICE CO.,
a Colorado corporation,

      Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING,
an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO,
a Colorado corporation, and
JOHN DOES 1 through 10,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Reactivate and Calendar Pending Motion for Sanctions (*doc. # 159)* is GRANTED.  Plaintiff's Motion for Sanctions (*doc. # 108)* shall be reinstated on the court's docket as a pending motion.

**DATED:**      December 4, 2009