**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado corporation,

    Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES 1 through 10,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

    The matter before me is the **Stipulation Between Plaintiff and Defendant Estate of Joann Sears for Mutual Dismissal With Prejudice** [#166] filed January 22, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant, Estate of Joann Sears, should be dismissed with prejudice.

    **IT IS ORDERED** as follows:

    1. That based on the **Suggestion of Death** [#97] filed December 3, 2009, the Estate of Joann Sears is **JOINED** as a defendant, and the defendant, Joann Sears, now deceased, is **DROPPED** as a party;

2. That the **Stipulation Between Plaintiff and Defendant Estate of Joann Sears for Mutual Dismissal With Prejudice** [#166] filed January 22, 2010, is **GRANTED**;

3. That the plaintiff's claims for relief against Estate of Joann Sears are **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney fees and costs; and

4. That defendant, Estate of Joann Sears, is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated January 22, 2010, at Denver, Colorado.

BY THE COURT:

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge