# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  07-cv-01554-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  February 2, 2010** | **Courtroom Deputy:**  Linda Kahoe |

JBLANCO ENTERPRISES INC.,　　　　　　　　　L. Jay Labe
　　　　　　　　　　　　　　　　　　　　　　　John Carl Friedberg

　　　　Plaintiff,

　　　　v.

ABBA BONDING, INC.,
MORRIS C. SEARS,　　　　　　　　　　　　　　*Pro se*

　　　　Defendant.

___

## COURTROOM MINUTES/MINUTE ORDER
___

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:        9:07 a.m.**
Court calls case.  Appearances of counsel.  Mr. Sears appears pro se.  Also present with Mr. Sears is a contract paralegal.

Counsel review the proposed final pretrial order with the court.

The court refers to Judge Blackburn's Practice Standards.

Discussion regarding counter claims.  Mr. Sears states Abba Bonding is in Chapter 7.

The court will require the parties to file an Amended Final Pretrial Order with a combined exhibit list.  The Amended Final Pretrial Order will reflect Mr. Sears' decision on the counter claims.  The Amended Final Pretrial Order should reflect that there are no pending motions.  The court will sign the Amended Final Pretrial Order.

**ORDERED:**   The parties shall file an Amended Final Pretrial Order on or before **FEBRUARY 12, 2010**.

**ORDERED**:   Mr. Sears is required to contact Mr. Labe, by telephone, no later than **5:00 p.m. on FEBRUARY 3, 2010** and advise him whether he will withdraw the counter claims.  Mr. Sears is required to follow up that phone conversation with an email so that there is written documentation establishing his decision.

Discussion regarding Plaintiff's Motion for Sanctions, doc #[108], filed 12/18/2008**.**

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Sanctions, doc #[108], is **DENIED.**

The court suggests that Mr. Sears study Judge Blackburn's Practice Standards and proper court procedure.  The court strongly suggests that Mr. Sears observe a trial being conducted by Judge Blackburn.

HEARING CONCLUDED.
**Court in recess:         10:02 a.m.**
Total time in court:    00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.